THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN DALE HOVER and MILA JEAN HOVER,<br><br>Plaintiff,<br>v.<br><br>SEATTLE-FIRST NATIONAL BANK aka BANK OF AMERICA (by Mergers), *et al.*,<br><br>Defendants. | CASE NO. C18-0022-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on an unopposed motion by Defendants Nationstar Mortgage LLC, Federal National Mortgage Association, Mortgage Electronic Registration Systems, Inc., and Seattle First National Banks ("Defendants") to extend time to file a responsive pleading (Dkt. Nos. 9, 12). The Court hereby GRANTS the motion (Dkt. No. 9). Defendants must file and serve their pleading responsive to Plaintiffs' complaint on or before **February 5, 2018.**

//

//

//

1     DATED this 22nd day of January 2018.

                                      William M. McCool
                                      Clerk of Court

                                      s/Tomas Hernandez
                                      Deputy Clerk