THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN DALE HOVER and MILA JEAN HOVER,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE-FIRST NATIONAL BANK aka BANK OF AMERICA (by Mergers), *et al.*,<br><br>Defendants. | CASE NO. C18-0022-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on an unopposed motion by Defendant Seattle First National Bank for a second extension of time to file a responsive pleading (Dkt. No. 17). The Court hereby GRANTS the motion (Dkt. No. 17). Defendant must file and serve their pleading responsive to Plaintiffs' complaint on or before **February 16, 2018.**

DATED this 16th day of February 2018.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk

MINUTE ORDER
C18-0022-JCC
PAGE - 1