UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN DALE HOVER and MILA JEAN HOVER,<br><br>Plaintiff,<br>v.<br><br>SEATTLE-FIRST NATIONAL BANK, aka BANK OF AMERICA (by Mergers), *et al*.,<br><br>Defendants. | CASE NO. C18-0022-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for an extension of time to respond to Defendants' motion to dismiss (Dkt. No. 21). Defendants request a thirty-day extension to allow more time to research and develop a response. (*Id*. at 3.) The Court finds good cause to GRANT the motion (Dkt. No. 21) in part and provide a short extension. Plaintiffs shall respond by March 19, 2018. The Clerk is DIRECTED to renote the motion to dismiss (Dkt. No. 15) to March 23, 2018.

//

//

//

1       DATED this 12th day of March 2018.

2                                               William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0022-JCC
PAGE - 2