THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN DALE HOVER and MILA JEAN HOVER, | CASE NO. C18-0022-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SEATTLE-FIRST NATIONAL BANK aka BANK OF AMERICA (by Mergers), *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. This case was removed to this Court on January 5, 2018. (Dkt. No. 1.) It does not appear that Plaintiffs have served named Defendants GMAC Mortgage Corporation or Northwest Trustee Services, Inc. or moved for default if these Defendants have been properly served. Accordingly, Plaintiff is ORDERED to show cause why claims against Defendants GMAC Mortgage Corporation and Northwest Trustee Services, Inc. should not be dismissed for failure to prosecute. Plaintiff's written response is due by Tuesday, July 3, 2018. The Court DIRECTS the Clerk to mail Plaintiff a copy of this order.

//

//

DATED this 19th day of June 2018.

>William M. McCool
>Clerk of Court
>
>s/Tomas Hernandez
>Deputy Clerk

MINUTE ORDER
C18-0022-JCC
PAGE - 2