THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN DALE HOVER AND MILA JEAN HOVER,<br><br>Plaintiffs,<br>v.<br><br>SEATTLE FIRST NATIONAL BANK, *et al.*,<br><br>Defendants. | CASE NO. C18-0022-JCC<br><br>ORDER |

Plaintiffs' motion to set aside the Court's order dismissing their claims against Defendants Nationstar Mortgage, LLC, Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association (Dkt. No. 33) is DENIED.

DATED this 12th day of July 2018.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0022-JCC
PAGE - 1