THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LYNN DALE HOVER and MILA JEAN HOVER, <br><br> Plaintiffs, <br> v. <br><br> SEATTLE-FIRST NATIONAL BANK, aka BANK OF AMERICA (by Mergers), *et al*., <br><br> Defendants. | CASE NO. C18-0022-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' unopposed motion for an extension of time (Dkt. No. 41) to respond to Defendants' motion to dismiss (Dkt. No. 39). Finding good cause, the Court GRANTS the motion. Plaintiffs' response to Defendants' motion to dismiss shall be filed no later than Monday, October 29, 2018. Defendants' reply shall be filed no later than Friday, November 2, 2018. The Clerk is DIRECTED to renote Defendants' motion to dismiss (Dkt. No. 39) for November 2, 2018.

DATED this 28th day of September 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0022-JCC
PAGE - 2