THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN DALE HOVER and MILA JEAN HOVER,<br><br>Plaintiffs,<br>v.<br><br>SEATTLE-FIRST NATIONAL BANK, *et al.*,<br><br>Defendants. | CASE NO. C18-0022-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants Nationstar Mortgage LLC, Mortgage Electronic Registration Systems, Inc., and Federal National Mortgage Association's (the "moving Defendants") motion for extension of time to respond to Plaintiffs' amended complaint (Dkt. No. 51). The Court previously dismissed Plaintiffs' claims against the moving Defendants with prejudice and without leave to amend. (Dkt. No. 26.) Since filing their motion for an extension of time, the moving Defendants have moved to strike Plaintiffs' amended complaint as to claims asserted against the moving Defendants. (Dkt. No. 56.) As the moving Defendants have now responded to Plaintiffs' amended complaint and the Court will consider the merits of their motion to strike the amended complaint, the Court DENIES the moving Defendants' motion for

an extension of time (Dkt. No. 51) as MOOT.

DATED this 11th day of March 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C18-0022-JCC
PAGE - 2