THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN DALE HOVER and MILA JEAN HOVER,<br><br>Plaintiffs,<br>v.<br><br>SEATTLE-FIRST NATIONAL BANK, *et al*.,<br><br>Defendants. | CASE NO. C18-0022-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Bank of America, N.A.'s motion for extension of time to respond to Plaintiffs' amended complaint (Dkt. No. 53). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion. Defendant Bank of America, N.A.'s time to respond to Plaintiffs' amended complaint is hereby EXTENDED to March 22, 2019.

DATED this 11th day of March 2019.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C18-0022-JCC
PAGE - 1