THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN DALE HOVER and MILA JEAN HOVER,<br><br>Plaintiffs,<br>v.<br><br>SEATTLE-FIRST NATIONAL BANK a/k/a BANK OF AMERICA (by mergers), *et al.*,<br><br>Defendants. | CASE NO. C18-0022-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Quality Loan Service Corporation of Washington's ("Quality Loan Service") unopposed motion to dismiss (Dkt. No. 54) Plaintiffs' amended complaint (Dkt. No. 47) as against Defendant Quality Loan Service. The Court previously dismissed Plaintiffs' claims against Defendant Quality Loan Service with prejudice and without leave to amend. (*See* Dkt. No. 38.) Therefore, Defendant Quality Loan Service's motion to dismiss (Dkt. No. 54) is GRANTED. Plaintiffs' claims against Defendant Quality Loan Service remain dismissed with prejudice and without leave to amend.

//

//

//

//

ORDER
C18-0022-JCC
PAGE - 1

1 | DATED this 26th day of March 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE