THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LYNN DALE HOVER and MILA JEAN HOVER, <br><br> Plaintiffs, <br> v. <br><br> SEATTLE-FIRST NATIONAL BANK, a/k/a BANK OF AMERICA (by mergers), *et al.*, <br><br> Defendants. | CASE NO. C18-0022-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court has dismissed Plaintiffs' claims against all Defendants with prejudice and without leave to amend. (*See* Dkt. Nos. 60, 63, 68.) Therefore, the Court hereby DISMISSES Plaintiffs' amended complaint (Dkt. No. 49) with prejudice and without leave to amend. The Clerk is DIRECTED to terminate Plaintiffs' pending motion for injunctive relief (Dkt. No. 67), as all of Plaintiffs' underlying claims have already been dismissed. The Clerk is further DIRECTED to close the case.

//

//

//

1     DATED this 30th day of May 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk

MINUTE ORDER  
C18-0022-JCC  
PAGE - 2